**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kenneth Edmond THOMAS,**
**Defendant—Appellant.**

**No. 10–7115.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 2, 2011.

Kenneth Edmond Thomas, Appellant Pro Se. Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Edmond Thompson appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thomas,* No. 1:02–cr–00004–TSE–1 (E.D. Va. filed July 29 & entered July 30, 2010). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*